UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THOMAS R. MASON,<br>                              Plaintiff,<br><br>v.<br><br>TELEFUNKEN SEMICONDUCTORS AMERICA LLC<br>and DOES 1 through 10, *inclusive,*<br>                              Defendants. | Civil Action No. 1:12-cv-00507-JL |

## DEFENDANT'S ASSENTED-TO MOTION FOR SPECIFICATION OF DEADLINE FOR FILING DEFENDANT'S ANSWER

      The defendant herein, TELEFUNKEN Semiconductors America LLC ("TSAm"), by and through its undersigned counsel, hereby moves pursuant to LR 7.1(c) and 7.2(a) – *with the concurrence and consent of the plaintiff, Thomas Mason ("Mason"), by and through his counsel, Duckworth Peters Lebowitz Olivier LLP (Attorney Mark C. Peters, Esq.)* – for an order specifying February 1, 2013 as the date by which TSAm is to file its Answer in this matter. The Court's allowance of this Assented-to Motion will not result in the continuance of any hearing, conference, or trial in this matter. LR 7.2(a).

      As grounds for the present Assented-to Motion, undersigned counsel for TSAm represents that it has just been engaged to represent TSAm in this matter recently transferred to this court from the United Stated District Court for the Northern District of California (San Jose Division), and requires the period until February 1, 2013 in order to become sufficiently familiar with the relevant background facts and documents, and prepare and file an appropriate Answer on behalf of TSAm.

WHEREFORE, TSAm requests, for the reasons set forth above, *and with the concurrence of the plaintiff, Mason,* for an order specifying February 1, 2013 as the date by which TSAm is to file its Answer in this matter.

Dated:  January 10, 2013

Respectfully submitted,

TELEFUNKEN Semiconductors America LLC

/s/ Irvin D. Gordon
Irvin D. Gordon, Esq. (NH Bar No. 962)
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
P.O. Box 1256
Concord, NH 03302
Telephone 603-223-23838
Facsimile 603-223-2938

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's Assented-To Motion for Specification of Deadline for Filing Defendant's Answer was served on the following persons via first-class mail, postage prepaid:

Mark Christopher Peters, Esq.
Duckworth Peters Lebowitz Olivier LLP
100 Bush Street, Ste. 1800
San Francisco, CA 94104

James McManis, Esq.
McManis Faulkner
50 West San Fernando Street, 10th Floor
San Jose, CA 95113

Elizabeth Marie Pipkin, Esq.
McManis Faulkner
50 West San Fernando Street, 10th Floor
San Jose, CA 95113

Dated:  January 10, 2013

/s/ Irvin D. Gordon
Irvin D. Gordon, Esq. (NH Bar No. 962)